UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| CHRISTINE ZAWACKI, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>SWOOP, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 8:20-cv-01100-TPB-JSS<br><br>**NOTICE OF SETTLEMENT** |

　　　　Plaintiff Christine Zawacki ("Plaintiff") and Defendant Swoop, Inc. ("Defendant") hereby notify this Court that the Parties have reached a settlement of Plaintiff's claims.  The Parties are in the process of finalizing the agreement and anticipate filing a notice of dismissal later this month.  Accordingly, the Parties request that all deadlines in this matter, including but not limited to the deadline for Plaintiff's Opposition to Defendant's Motion to Dismiss, be vacated.

Dated: September 3, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**

　　　　　　　　　　　　　　　　　　　　　　　By:　　*/s/ Max S. Roberts*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Max S. Roberts

　　　　　　　　　　　　　　　　　　　　　　　Andrew J. Obergfell (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　　Max S. Roberts (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　　888 Seventh Avenue, Third Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (646) 837-7150
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 989-9163
　　　　　　　　　　　　　　　　　　　　　　　Email: aobergfell@bursor.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　mroberts@bursor.com

　　　　　　　　　　　　　　　　　　　　　　　**BURSOR & FISHER, P.A.**
　　　　　　　　　　　　　　　　　　　　　　　Yeremey Krivoshey (*Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　　1990 North California Blvd., Suite 940
　　　　　　　　　　　　　　　　　　　　　　　Walnut Creek, CA 94596
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (925) 300-4455
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (925) 407-2700
　　　　　　　　　　　　　　　　　　　　　　　Email: ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor
701 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 679-9006
Email: scott@bursor.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on September 3, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF.  Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Max S. Roberts*
Max S. Roberts
